## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CAPITOL INFRASTRUCTURE, LLC,

    Plaintiff,

v.                              CASE NO: 8:06-cv-1347-T-26EAJ

HERNANDO COUNTY, FLORIDA,

    Defendant,

v.

BRIGHT HOUSE NETWORKS, LLC.,

    Intervenor Defendant.
    _____/

## **O R D E R**

      Before the Court is Plaintiff's motion for reconsideration and/or rehearing in which counsel complains that it did not have an opportunity to respond to Bright House Networks, LLC's Amended Motion to Intervene thus depriving it of the opportunity to be heard. What counsel fails to appreciate is that the amended motion was identical in all respects to the original motion except for the correction of a procedural defect. Because Plaintiff had responded to all of the substantive issues raised in the original motion,[1] and because the amended motion presented no new substantive issues, the Court obviously

---

[1] Indeed, Plaintiff's proposed response to the amended motion is identical to its original response with the exception of its "newly discovered evidence" claim.

needed no response to the amended motion and deemed it appropriate to issue its ruling in an expedited manner in light of the looming hearing on Plaintiff's motion for preliminary injunction.

Finally, in the Court's view, the "newly discovered evidence" of collusion between Defendant and Bright House referred to in the motion does not undermine the decision to allow intervention. Plaintiff's counsel is free to utilize this evidence to the extent it is relevant at the hearing on the motion for preliminary injunction.

Accordingly, the Motion for Reconsideration and/or Rehearing (Dkt. 39) is denied.

**DONE AND ORDERED** at Tampa, Florida, on August 21, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record